# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1138

_____

Kenneth Daywitt

*Plaintiff - Appellant*

David Jannetta

*Plaintiff*

Steven Hogy

*Plaintiff - Appellant*

Merlin Adolphson

*Plaintiff*

Michael Whipple; Peter Lonergan, and others similarly situated; Russell Hatton

*Plaintiffs - Appellants*

v.

Jodi Harpstead, DHS Commissioner; in their individual and official capacities; Marshall Smith, in their individual and official capacities; Nancy Johnston, in their individual and official capacities; Jim Berg, in their individual and official capacities; Jannine Hebert, in their individual and official capacities; Kevin Moser, in their individual and official capacities; Terry Kniesel, in their individual and official capacities; Raymond Ruotsalainen, in their individual and official capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: September 12, 2024
Filed: September 19, 2024
[Unpublished]
_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

The district court[1] granted summary judgment in favor of defendants in this 42 U.S.C. § 1983 action brought by civilly committed detainees in the Minnesota Sex Offender Program. After careful review of the record and the parties' arguments on appeal, we conclude that the district court, in its thorough and well-reasoned opinion, properly granted summary judgment. See Morris v. Cradduck, 954 F.3d 1055, 1058 (8th Cir. 2020) (reviewing grant of summary judgment de novo). We also conclude that the district court did not abuse its discretion in granting defendants' motion to exclude expert testimony. See Lancaster v. BNSF Ry. Co., 75 F.4th 967, 969 (8th Cir. 2023) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.